1:30 PM **3-20-00048-cjf** Eisenga v. The U.S. Small Business Administration et al
† Ch 11
3-20-10423-cjf Michael S Eisenga

**Madison**

**Moving:** T. Anzivino
**Opposing:**
**Debtor or Plaintiff Attorney:** Jerome R. Kerkman (414/277-8200) for Eisenga
Evan P. Schmit (414/277-8200) for Eisenga

**Matter: Preliminary hearing on Motion to Expedite Hearing (Doc # 6)**

**Judge Hearing Notes:**

OUTCOME: Settled / Granted / Denied / W/D / Approved / Allowed / Disallowed / Sustained / Overruled / Dismissed

Stip./Order by Schmit

Order Docket No. ___________

______ Plan confirmed (Ch. 12/13 TR / __________________ to submit proposed order confirming plan)

DISMISSED: Order by ______________________________ Stay dismissal for ______ days to:

___amend/modify plan ___convert ___bring current ___file adv. proc. ___ ____________[misc.]

SCHEDULE: TC MSN EAU VIDEO SUP Date______________ Time__________ [Waive 30 _______]

Parties agree that _______ [hours/days] will be sufficient to hear the matter & no continuances

Issue Standard Pre-Hrg. Order [7/3] ______[Yes/No]

Changes: ___________________________________________

OTHER: Motions/Briefs: _______________________________________________

Other: _______________________________________________

ORDER: For the reasons stated from the bench,

X ECF

IT IS SO ORDERED:

___ cc: parties in interest
___ cc: parties appearing

Hon. Catherine J. Furay, U.S. Bankruptcy Judge
U.S. Bankruptcy Court for the Western District of Wisconsin