UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

---

In re:

Michael S. Eisenga

Debtor.

Case No. 20-10423
Chapter 11
Hon. Catherine J. Furay

---

Michael S. Eisenga

Plaintiff,

v.

U.S. Small Business Administration
and Jovita Corranza as Administrator of the
U.S. Small Business Administration

Defendants,

Adv. Proc. No. 20-00048

---

**STIPULATION FOR DISMISSAL**

---

Plaintiff Michael S. Eisenga and Defendants U.S. Small Business Administration and Jovita Corranza, as Administrator of the U.S. Small Business Administration, by and through their undersigned counsel, hereby stipulate to dismiss this adversary proceeding under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (incorporated herein by Federal Rule of Bankruptcy Procedure 7041), with prejudice and without costs to either party.

Dated this 15th day of June, 2020.

Respectfully Submitted,

SCOTT C. BLADER
United States Attorney

By:

*/s/Theresa M. Anzivino*
Theresa (Esa) M. Anzivino
Assistant United States Attorney
Western District of Wisconsin
222 W. Washington Avenue, Ste 700
Madison, WI  53703
Phone:  (608) 250-5454
theresa.anzivino@usdoj.gov

Dated this 15th day of June, 2020.

*/s/ Evan P. Schmit*
Evan P. Schmit

Kerkman & Dunn
Attorneys for the Debtor/Plaintiff

P.O. Address:

839 N. Jefferson St., Suite 400
Milwaukee, WI 53202
Phone #: 414-277-8200
Fax #: 414-277-0100
Email: eschmit@kerkmandunn.com